CITY OF CORNING, Respondent, *v.* ANSON B. HOLMES, Appellant.

*City of Corning* v. *Holmes*, 180 App. Div. 458, affirmed.

(Argued November 17, 1919; decided December 2, 1919.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 21, 1917, which reversed an order of Special Term sustaining exceptions to the report of commissioners of appraisal in a grade crossing proceeding and confirmed said report. Defendant resisted confirmation of the report on the ground that the commissioners failed to make allowance for damage to his adjoining premises from interruption or loss of business and for incidental damages sustained while the work was in progress. The Appellate Division held that the award was adequate and covered all legal damages.

*James O. Sebring* for appellant.

*Justin V. Purcell, Charles D. Newton* and *Floyd G. Greene* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.